UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2019

Lizzette Vega-Ruiz,

                Plaintiff,

-against-

Montefiore Medical Center,

                Defendant.

1:17-cv-01804 (SDA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED** that, after a Jury Trial before the Honorable Stewart D. Aaron, United States Magistrate Judge, the jury having returned a special verdict in favor of Defendants, the Complaint is hereby dismissed.

**DATED:** New York, New York
November 21, 2019

                                            RUBY J. KRAJICK
                                            Clerk of Court

                                 BY:

                                            Deputy Clerk

**SO ORDERED:**

_____
Stewart D. Aaron, United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lizzette Vega-Ruiz,

                Plaintiff,

    -against-

Montefiore Medical Center,

                Defendant.

1:17-cv-01804 (SDA)

**SPECIAL VERDICT FORM**

LIABILITY: Americans with Disabilities Act; Rehabilitation Act; Patient Protection and Affordable Care Act; and New York State Human Rights Law

1. Has Plaintiff Lizzette Vega-Ruiz ("Plaintiff") proved, by a preponderance of the evidence, that Defendant Montefiore Medical Center ("Defendant") discriminated against her in violation of Title III of the Americans with Disabilities Act; the Rehabilitation Act; the Patient Protection and Affordable Care Act; and the New York State Human Rights Law?

   \_\_\_\_\_ Yes        __X__ No

   *If you marked "No" to the above question, please skip Question 2 and proceed to Question 3.*

   *If you marked "Yes" to the above question, please proceed to Question 2.*

Entitlement to Damages under the Rehabilitation Act and the Patient Protection and Affordable Care Act

2. Has Plaintiff proved, by a preponderance of the evidence, that Defendant was deliberately indifferent to Ms. Vega-Ruiz's rights under the Rehabilitation Act and the ACA?

   \_\_\_\_\_ Yes        \_\_\_\_\_ No

   *Regardless of your answer to Question 2 please proceed to Question 3.*

LIABILITY: New York City Human Rights Law

3. Has Plaintiff proved, by a preponderance of the evidence, that Defendant treated her less well, or denied her a reasonable accommodation, at least in part because of her disability, in violation of the New York City Human Rights Law?

   \_\_\_\_\_ Yes        __X__ No

1

*If you did not answer "Yes" to any of the preceding questions, your deliberations are complete and you should not answer any of the following questions.*

*If you marked "Yes" to Question 1, 2 and/or 3, please proceed to the DAMAGES section below.*

DAMAGES

4.
   a. <u>Compensatory Damages</u>: Please state the amount of compensatory damages, if any, to which Plaintiff has proved, by a preponderance of the evidence, that she is entitled:

$     0

   b. <u>Nominal Damages</u>: If you did not award any compensatory damages under Question 4(a), please state the amount of nominal damages, if any, you award to Plaintiff (enter sum not to exceed $1.00):

$     0

*If your answer to Questions 4(a) or 4(b) is more than $0 and you marked "Yes" to Question 3, please proceed to Question 5.*

*If your answer to Question 4(a) and 4(b) is $0 and/or you did not mark "Yes" to Question 3, your deliberations are complete.*

5. <u>Punitive Damages</u>: Has Plaintiff proved, by a preponderance of the evidence, that she is entitled to punitive damages from the defendant based on a violation of the New York City Human Rights Law?

     \_\_\_\_\_ Yes       X (No)

*If you marked "No" to Question 5, your deliberations are complete.*

*If you marked "Yes" to Question 5, please proceed to Question 5(A) below.*

   a. Please state the amount of punitive damages to which Plaintiff has proved, by a preponderance of the evidence, that she is entitled against Defendant:

$ _____

2

*Your deliberations are complete. Please sign and date this Verdict Sheet and return it to the Marshal.*

_[signature]_
Foreperson

_[signature]_

_[signature]_

_[signature]_

_[signature]_

_[signature]_

_[signature]_

_[signature]_

Dated: New York, New York

November 20, 2019

3