# GARFUNKEL WILD, P.C.
ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2020
```

FILE NO.: 01562.1013

ROY W. BREITENBACH
Partner Director
Licensed in NY, CT
Email:
rbreitenbach@garfunkelwild.com
Direct Dial: (516) 393-2272

January 23, 2020

**By ECF**

The Hon. Stewart D. Aaron
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Vega-Ruiz v. Montefiore Medical Center*, 17 Civ. 1804-LTS-SDA

Dear Magistrate Judge Aaron:

We represent Defendant Montefiore Medical Center in this action, and write to respectfully request an extension of time to oppose Plaintiff's motion for judgment as a matter of law. We have conferred with Plaintiff and agree upon the following revised briefing schedule for the motion:

|  | **Previous Deadline** | **New Deadline** |
|---|---|---|
| Defendant's Opposition | January 27, 2020 | January 29, 2020 |
| Plaintiff's Reply | February 17, 2020 | February 19, 2020 |

Defendant seeks an extension because it requires time to review and respond to Plaintiff's motion. This is the second request for an extension, is made on consent, and is not expected to affect any other dates in this action. Therefore, Defendant respectfully requests that the Court grant the extension request and allow the parties to submit their motion papers in accordance with their agreed-upon briefing schedule.

Request GRANTED. SO ORDERED.
Dated: January 23, 2020

*[signature: Stewart D. Aaron]*

Respectfully yours,

/s/ Roy W. Breitenbach

Roy W. Breitenbach

cc: All Counsel of Record

NEW YORK                         NEW JERSEY                         CONNECTICUT

5612935v.1